and there is no sufficient reason shown for disturbing the judgment of the lower court in this respect. The evidence of the value of the use of plaintiff's taxicab during the time it was being repaired is insufficient to uphold the amount allowed therefor in the judgment. Judgment reversed, and new trial ordered, with costs to appellant to abide the event, unless plaintiff will stipulate, within five days after service of a copy of the order herein and notice of entry, that the judgment be modified, by reducing the same to the sum of $134.90, with appropriate costs in the court below, in which event the judgment, as modified, will be affirmed, without costs to either party of this appeal.

NATHAN, Appellant, v. WOOLVERTON, Respondent. (Supreme Court, Appellate Division, Second Department. May 29, 1913.) Action by Siegmund Nathan against William H. Woolverton, as president of the New York Transfer Company. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 149 App. Div. 960, 134 N. Y. Supp. 1140.

NEWMAN v. NEWMAN. (Supreme Court, Appellate Division, First Department. July 11, 1913.) Action by Arthur L. Newman against Herman A. Newman. No opinion. Application granted. Order signed.

NEW YORK CENT. & H. R. R. CO., Appellant, v. MILLS et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 13, 1913.) Action by the New York Central & Hudson River Railroad Company against Abner B. Mills and others.

PER CURIAM. Without any expression or intimation of opinion upon the merits of the controversy, we affirm the exercise of discretion by the Special Term in sending back the report to the commissioners by affirmance of the order, with $10 costs and disbursements. See Matter of Board of Water Commissioners, 55 App. Div. 77, 66 N. Y. Supp. 1005; Matter of Prospect Park & C. I. R. R. Co., 85 N. Y. 489.

In re NEW YORK CONNECTING R. CO. (Supreme Court, Appellate Division, Second Department. May 29, 1913.) In the matter of the application of the New York Connecting Railroad Company to acquire by eminent domain certain parcels of land, in which Marie Vancuxo and others appear adversely.

PER CURIAM. Order affirmed, with $10 costs and disbursements to respondents Dornes, also with $10 costs and disbursements (one bill only) to the petitioner against the other appellants.

NEW YORK LIFE INS. CO., Respondent, v. MANNING, Appellant. (Supreme Court, Appellate Division, First Department. May 29, 1913.) Action by the New York Life Insurance Company against Mary Manning, as executrix, etc. G. P. Foulk, of New York City, for appellant. J. H. McIntosh, of New York City, for respondent. No opinion. Judgment (124 N. Y. Supp. 775) affirmed, with costs, on opinion of Lehman, J. Order filed.

In re NEW YORK LIFE INS. & TRUST CO. (Supreme Court, Appellate Division, First Department. June 20, 1913.) In the matter of the accounting of the New York Life Insurance & Trust Company, executor, etc., of Edwin C. Philbrick, deceased. No opinion. Decree affirmed, with costs. Order filed. See, also, 139 N. Y. Supp. 695.

In re NEW YORK TAXICAB CO. (Supreme Court, Appellate Division, First Department. June 6, 1913.) In the matter of the New York Taxicab Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 150 App. Div. 927, 135 N. Y. Supp. 1129.

In re NICHOLS. (Supreme Court, Appellate Division, First Department. July 11, 1913.) In the matter of Henry J. Nichols. No opinion. Referred to official referee. Settle order on notice.

NICHOLS, Appellant, v. HASCO BLDG. CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. May 29, 1913.) Action by Wendell L. Nichols against the Hasco Building Company and others. H. Goldmark, of New York City, for appellant. S. Gerard, of New York City, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

NICOUD v. NEW YORK LIFE INS. CO. (Supreme Court, Appellate Division, Second Department. May 29, 1913.) Action by Rose L. Nicoud against the New York Life Insurance Company.

PER CURIAM. Motion granted, on payment by the defendant of the taxable costs in the Court of Appeals to this date, with leave to plaintiff to apply to the Court of Appeals for permission to withdraw her appeal and proceed with a new trial, if so advised. See, also, 149 App. Div. 784, 134 N. Y. Supp. 119.

NIMCKE v. STAR CO. (Supreme Court, Appellate Division, First Department. July 11, 1913.) Action by Frederick J. C. Nimcke against the Star Company. No opinion. Application denied, with $10 costs. Order signed.

NORTHERN BANK OF NEW YORK v. MULLIGAN et al. (Supreme Court, Appellate Division, First Department. May 29, 1913.) Appeal from Special Term, New York County. Action by the Northern Bank of New York against William G. Mulligan and another. There was a judgment for plaintiff, and defendants appealed. From an order approving an undertaking on appeal, plaintiff appeals. Reversed. Sumner Ford, of New York City,